Gilbert Miller, appellant, v. Minna L. Sturtz, appellee. Gen. No. 38,024.

Heard in the first

division of this court for the first district at the February term, 1935. Opinion filed May 6, 1935.

Jacob Levy and Philip J. Simon, for appellant; Edward McTiernan, of counsel. Walter J. Fried, for appellee.

Mr. Justice Matchett delivered the opinion of the court.